IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Norwood, William H | Case Number: 03 B 52138 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 03/10/09 | Filed: 12/31/03 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: January 30, 2009
Confirmed: February 26, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 68,012.87 | |
| Secured: | | 0.00 |
| Unsecured: | | 61,185.69 |
| Priority: | | 995.88 |
| Administrative: | | 2,100.00 |
| Trustee Fee: | | 3,731.28 |
| Other Funds: | | 0.02 |
| Totals: | 68,012.87 | 68,012.87 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,100.00 | 2,100.00 |
| 2. | First Midwest Bank | Secured | 0.00 | 0.00 |
| 3. | Illinois Dept of Revenue | Priority | 995.88 | 995.88 |
| 4. | Resurgent Capital Services | Unsecured | 1,471.92 | 1,471.92 |
| 5. | ECast Settlement Corp | Unsecured | 2,188.93 | 2,188.93 |
| 6. | Illinois Dept of Revenue | Unsecured | 104.33 | 104.33 |
| 7. | Resurgent Capital Services | Unsecured | 1,231.88 | 1,231.88 |
| 8. | ECast Settlement Corp | Unsecured | 9,318.22 | 9,318.22 |
| 9. | ECast Settlement Corp | Unsecured | 13,325.84 | 13,325.84 |
| 10. | RoundUp Funding LLC | Unsecured | 18,829.58 | 18,829.58 |
| 11. | Bank One Delaware | Unsecured | 8,879.26 | 8,879.26 |
| 12. | Resurgent Capital Services | Unsecured | 5,835.73 | 5,835.73 |
| 13. | Fusion | Unsecured | | No Claim Filed |
| 14. | AT&T Universal Card | Unsecured | | No Claim Filed |
| 15. | Harris Bank | Unsecured | | No Claim Filed |
| | | | $ 64,281.57 | $ 64,281.57 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Norwood, William H

Printed: 03/10/09

Case Number: 03 B 52138
Judge: Wedoff, Eugene R
Filed: 12/31/03

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 186.12 |
| 4% | 53.59 |
| 6.5% | 607.89 |
| 3% | 110.42 |
| 5.5% | 608.23 |
| 5% | 184.86 |
| 4.8% | 353.35 |
| 5.4% | 1,276.44 |
| 6.6% | 350.38 |
| | $ 3,731.28 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: